JOHN S. LEONARDO
United States Attorney
District of Arizona

Patrick J. Schneider
Assistant U.S. Attorney
Arizona State Bar No. 011697
123 N. San Francisco St., Suite 410
Flagstaff, Arizona 86001
Telephone: (928) 556-0833
Facsimile: (928) 556-0759
E-Mail: Patrick.schneider@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff/Respondent,<br><br>    v.<br><br>Riley Briones, Jr.,<br><br>    Defendant/Movant. | CIV-13-2445-PHX-RCB(BSB)<br>CR 96-464-PHX-RCB<br><br>**GOVERNMENT'S ANSWER TO PETITIONER'S 28 U.S.C. SECTION 2255 MOTION** |

On March 25, 2013, the defendant filed a pro se application with this Court for authorization to file a second or successive Section 2255 motion based upon *Miller v. Alabama,* 132 S. Ct. 2455 (2012). In *Miller,* the Supreme Court held that a sentencing scheme that mandates imposition of life imprisonment without possibility of parole for juvenile offenders violated the Eighth Amendment's prohibition on cruel and unusual punishment. *Id.* at 2469. Briones argued that his claim satisfied the statutory requirements for filing second or successive Section 2255 motion because *Miller* announced a "new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court that was previously unavailable." The government agreed.

On November 26, 2013, the Ninth Circuit Court of Appeals granted Petitioner's application for authorization to file a second or successive 28 U.S.C. Section 2255 motion in the District Court. On April 17, 2014, this Court ordered that a copy of the 2255 motion and the Court's order served upon the United States Attorney for the District of Arizona and ordered that an answer be filed within 60 days.

As the government conceded in its July 3, 2013 response to the Petitioner's Second or Successive 2255 Motion, pursuant to *Miller v. Alabama,* the Petitioner is entitled to a re-sentencing hearing at which the Court may consider whether some sentence other than mandatory life is appropriate. By agreeing to re-sentencing, the government is not conceding that a sentence of less than life imprisonment is appropriate and reserves the right to argue for any appropriate sentence at the re-sentencing hearing.

The United States respectfully requests that the re-sentencing hearing be set with sufficient notice to allow for victim notification and participation in the re-sentencing process and requests that the parties be allowed to file sentencing memoranda.

Respectfully submitted this 10th day of June, 2014.

JOHN S. LEONARDO
United States Attorney
District of Arizona

*s/ Patrick J. Schneider*

PATRICK J. SCHNEIDER
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on June 10th, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Sigmund Gerald Popko
Counsel for the Defendant/Movant


*s/ LaRee Zickefoose*
LaRee Zickefoose
U.S. Attorney's Office